Memorandum Decisions.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of attorney general, counsel for the defendant in error.

---

Anna Biacia Ansalone, Plaintiff in Error, v. Southern Bell Telephone & Telegraph Company, Defendant in Error.

(Supreme Court of Florida, En Banc: February 20, 1907.)

Writ of error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.

No appearance for the Plaintiff in Error;

*P. O. Knight,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Dismissed on motion of counsel for the defendant in error.

---

Elizabeth Callenberg, Plaintiff in Error, v. Tampa Electric Company, Defendant in Error.

(Supreme Court of Florida, En Banc: February 20, 1907.)

Writ of error to Circuit Court, Hillsborough County; Joseph B. Wall, Judge.